1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOAN LEWIS, individually and on behalf of a class and subclass of similarly situated individuals,<br><br>        Plaintiff,<br><br>  v.<br><br>COSTCO WHOLESALE CORPORATION, a Washington Corporation, and DOES 1 through 10, Inclusive,<br><br>        Defendants. | No. CV 12-4820 JAK (AJWx)<br><br>**ORDER OF DISMISSAL WITH PREJUDICE**<br><br>**JS-6** |

\\
\\
\\
\\
\\
\\
\\
\\

1  Upon the Stipulation of the parties pursuant to Rule 41(a)(1) of the Federal
2  Rules of Civil Procedure, the Court hereby dismisses this action filed by plaintiff
3  Joan Lewis, as an individual, with prejudice.  Each party to bear its own costs and
4  fees.

6  IT IS SO ORDERED.

7  Dated:  December 5, 2012                    _____
8                                              Honorable John A. Kronstadt
                                               United States District Judge

12  Submitted by:

13  GAINES & GAINES
    A Professional Law Corporation

15  By: */s/ Alex P. Katofsky*
        KENNETH S. GAINES
16      ken@gaineslawfirm.com
        DANIEL F. GAINES
17      daniel@gaineslawfirm.com
        ALEX P. KATOFSKY
18      alex@gaineslawfirm.com
        GAINES & GAINES, APLC
19      21550 Oxnard Street, Suite 980
        Woodland Hills, CA 91367
20      Telephone:  (818) 703-8985
        Facsimile:  (818) 703-8984

22      Attorneys for Plaintiff
        JOAN LEWIS